JO ANNE C. SCHWEIGER *v.* AMICA MUTUAL INSURANCE COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 110 Conn. App. 736 (AC 28644), is denied.

PALMER, J., did not participate in the consideration of or decision on this petition.

*Donald J. McCarthy, Jr.,* in support of the petition.

Decided December 3, 2008